## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02638-REB-KMT

JONATHAN FLORES,

       Plaintiff,

v.

OFORD COLLECTION AGENCY, INC., a New York corporation, d/b/a
OXFORD MANAGEMENT SERVICES,

       Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: February 2, 2011.

                                            Respectfully submitted,

                                            _s/ David M. Larson_____
                                            David M. Larson, Esq.
                                            405 S. Cascade Avenue, Suite 305
                                            Colorado Springs, CO 80903
                                            (719) 473-0006
                                            Attorney for the Plaintiff